**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**



ORDER

Appellate case name:     In re City of Pearland, Texas, et al.

Appellate case number:    01-17-00902-CV

Trial court case number:  2017-77666

Trial court:                     133rd District Court of Harris County

      The motion for emergency relief is denied.

      It is so ORDERED.


Judge's signature: _____/s/ Justice Jennifer Caughey_____
           □ Acting individually     ☒ Acting for the Court

Panel consists of Justices Jennings, Massengale, and Caughey (Jennings, J., dissenting).

Date: _____November 27, 2017_____